JS-6

FILED
CLERK, U.S. DISTRICT COURT

5/1/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: CW  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GUILLERMO TRUJILLO CRUZ, | ) | Case No. CV 19-6826-JAK (E) |
| Plaintiff, | ) | |
| v. | ) | **ORDER DENYING REQUEST TO PROCEED WITHOUT PREPAYMENT OF FILING FEES AND CLOSING CASE** |
| J. LIBERT, et al., | ) | |
| Defendants. | ) | |

On August 9, 2019, the Court denied plaintiff's request to file this action without prepayment of the filing fees, but granted plaintiff leave to amend. The Court ordered plaintiff to pay the filing fees in full within 30 days and advised him that failure to do so would result in closure of the case. Plaintiff has failed to pay the fees or otherwise respond. Accordingly, the Request to Proceed without Prepayment of Filing Fees is denied and the case is closed.

IT IS SO ORDERED.

Dated: May 1, 2020

John A. Kronstadt
United States District Judge